FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2023

No. 04-22-00812-CV

**IN THE INTEREST OF S.E.J., S.D.J., AND J.J.**, Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00964
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The Department's brief was due on February 13, 2023. *See* TEX. R. APP. P. 38.6(b). On the due date, the Department moved for a fourteen-day extension of time to file its brief.

The motion is granted. The Department's brief is due on February 27, 2023. *See* TEX. R. APP. P. 38.6(c).

It is so **ORDERED** on February 15, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT